UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 25-25828-CIV-MORENO**

ADHAM RADWAN ICHTAY,

       Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND
SECURITY, et al.,

       Defendants.

_____/

## FINAL ORDER OF DISMISSAL AND ORDER DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon Notice of Voluntary Dismissal **(D.E. 24)**, filed on **May 21, 2026**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.   Defendant has neither answered the complaint nor moved for summary judgment.  It is

**ADJUDGED** that this Cause is **DISMISSED** without prejudice, with each party bearing its own fees and costs.  *See* Fed. R. Civ. P. 41(a)(1)(A)(i).  Further, all pending motions are **DENIED** as **MOOT** with leave to renew if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___2⁴___ of June 2026.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record